IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Vanessa Goins, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 2:04-cv-0850 |
| Thomas Jenkins, Sr., et al., | : | MAGISTRATE JUDGE KEMP |
| Defendants. | : | |

<u>ORDER</u>

Upon the representation of the parties that all claims of all plaintiffs have been resolved through settlement, this action is dismissed with prejudice.

/s/ Terence P. Kemp
United States Magistrate Judge